IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 9 1996

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSEPH M. SCHULTEA, SR., § § Plaintiff, § § v. § § DAVID ROBERT WOOD, ET AL., § § Defendants. § | CIVIL ACTION NO. H-92-1964 |

## FINAL JUDGMENT

Following a jury trial in the above referenced cause, the jury returned a verdict in favor of plaintiff Joseph M. Schultea, Sr. Therefore the Court

ORDERS that judgment be entered in favor of Schultea. It is further ORDERED that Schultea recover from defendants as follows:

A. against defendants Warren Driver, David Wood, and the City of Tomball, as compensation for violation of Schultea's First Amendment rights, the sum of $100,000.00;

B. against defendant Warren Driver, as punitive damages for violation of Schultea's First Amendment rights, the sum of $250.00;

C. against defendant David Wood, as punitive damages for violation of Schultea's First Amendment rights, the sum of $50,000.00; and

D. against defendant City of Tomball, for violation of the Texas Whistleblower Act,

  (1) the sum of $40,000.00 in past lost wages;

  (2) the sum of $200,000.00 for future lost wages;

  (3) the sum of $10,000.00 for mental anguish;

    (4) the sum of $150,000.00 for lost benefits;

    (5) the sum of $500,000.00 as punitive damages.

E.    an amount yet to be determined, as reasonable attorney's fees.

SIGNED at Houston, Texas, on this **25** day of April, 1996.

_____
DAVID HITTNER
United States District Judge

ClibPDF - www.fastio.com